## Commonwealth ex rel. Clark, Appellant, *v.* Cavell.

Submitted January 5, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Douglas Clark,* appellant, in propria persona.

*Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, March 22, 1966:
This is an appeal from an order below dismissing an action in habeas corpus.

We affirm. *Commonwealth ex rel. Adderley v. Myers,* 418 Pa. 366, 211 A. 2d 481 (1965), and *Commonwealth ex rel. Mullenaux v. Myers,* 421 Pa. 61, 217 A. 2d 730 (1966), are controlling.

Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.